84 So.3d 538 (2012)
GLOBAL MARKETING SOLUTIONS, L.L.C.
v.
BLUE MILL FARMS, INC., B & G Producers, Inc., Newfield Exploration Gulf Coast, Inc., Seal Energy Company, Memaca Petroleum Corporation, Key Production Company, Inc., Warren Operating Company, Exxon Mobil Corporation, Chevron U.S.A., Inc.
No. 2010-CC-1914.
Supreme Court of Louisiana.
March 2, 2012.
Granted. The case is remanded to the district court for reconsideration of its rulings in light of Eagle Pipe and Supply, Inc. v. Amerada Hess Corporation, 10-2267, 10-2272, 10-2275, 10-2279, 10-2289 (La.10/25/11), 79 So.3d 246.
KNOLL, J., recused.
WEIMER, J., would grant and docket.